

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00132-CR

_____

BRIAN ANDREW DAVIS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 41482-A

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Court reporter Grelyn Freeman recorded the trial court proceedings in cause number 06-13-00132-CR, styled *Brian Andrew Davis v. The State of Texas*, trial court cause number 41482-A, in the 188th Judicial District Court of Gregg County, Texas. The reporter's record was originally due in this case August 16, 2013, and after two extensions, was most recently due to be filed by October 16, 2013. We granted the first two motions and stated in our disposition of the second motion that no further requests would be looked upon with favor.

Freeman has now filed a third motion, requesting an additional thirty-day extension to prepare and file the record.

The Texas Rules of Appellate Procedure establish that "trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed." TEX. R. APP. P. 35.3(c). The Rules further instruct that an "appellate court may enter any order necessary to ensure the timely filing of the appellate record." *Id.* In furtherance of our responsibilities established by the Rules, we find we must take steps to ensure the filing of the record in this case.

The motion to extend time is overruled. We order Grelyn Freeman to file the reporter's record in cause number 06-13-00132-CR, to be received by this Court no later than Friday, November 15, 2013.

If the record is not received by November 15, we warn Freeman that we may begin contempt proceedings and order her to show cause why she should not be held in contempt of this Court for failing to obey its order.

IT IS SO ORDERED.

BY THE COURT

Date:   October 22, 2013